UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60078-WPD

JULIAN LORENZO,

    Plaintiff,

v.

2200 RESTAURANT PARTNERS, LLC
d/b/a DUNE BY LAURENT TOURONDEL,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF INDIVIDUAL FLSA SETTLEMENT AGREEMENTS AND ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Individual FLSA Settlement Agreements and Order of Dismissal With Prejudice [DE 34] (the "Joint Motion"). The Court has carefully reviewed the Joint Motion, the FLSA Settlement Agreements and Releases attached thereto [DE 34-1], and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlements, the Court approves the Settlement Agreements as fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion [DE 34] is **GRANTED**.

2. The Settlement Agreements are [DE 34-1] are **APPROVED** by the Court, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of August, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of record